HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRAINWAVE SCIENCE, INC.,

    Plaintiff,

    v.

NEURO SCIENCE TECHNOLOGIES, LLC, *et al.*,

    Defendants.

Case No.  2:20-cv-01481-RAJ

**ORDER GRANTING MOTION TO DISMISS**

This matter comes before the Court on Defendant Ronald J. Kirkendorfer's Motion to Dismiss for Lack of Notice of Service (Dkt. # 21).  For the reasons below, the Court **GRANTS** the motion.

Federal Rule of Civil Procedure 4 requires a complaint to be served on a defendant within 90 days after it is filed.  Fed. R. Civ. P. 4(m).  If it is not, the court must dismiss the action without prejudice against that defendant.  *Id.*

Here, Plaintiff Brainwave Science Inc. ("Brainwave") filed an amended complaint on October 8, 2020.  Dkt. # 6.  Because Brainwave failed to timely serve Defendant Neuro Science Technologies LLC ("Neuro Science"), the Court, after issuing an order to show cause, dismissed Neuro Science without prejudice.  Dkt. # 20.  That left Mr. Kirkendorfer as the sole remaining defendant in this action.  Now, Mr. Kirkendorfer

ORDER – 1

moves to dismiss the complaint as to him, arguing that as of April 8, 2021—six months after the complaint was filed—he has still not been properly served. Dkt. # 21. In its response, Brainwave admits that it has not served Mr. Kirkendorfer and "agrees that the claims against him may be dismissed on this basis." Dkt. # 31.

Given that Brainwave has failed to timely serve Mr. Kirkendorfer under Rule 4(m), the Court **GRANTS** Mr. Kirkendorfer's motion to dismiss (Dkt. # 21) and **DISMISSES** him without prejudice. Mr. Kirkendorfer's earlier motion to dismiss (Dkt. # 12) is **DENIED as moot**.

**IT IS SO ORDERED.**

DATED this 14th day of September, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2